IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                              CASE NO. 3:23-CR-30011-003

GEORGIAN ANN ANDERSON                                                   DEFENDANT

## ORDER AMENDING BOND CONDITIONS

On this day, September 27, 2024, Defendant Georgian Ann Anderson appeared in court and waived indictment, consented to being charged by information, and pled guilty to Use of a Communication Device to Facilitate a Distribution of Methamphetamine in violation of 21 U.S.C. §§ 843(b) and 843(d). At the conclusion of that hearing, the Court orally modified the bond conditions to limit Ms. Anderson's travel to Baxter County.

**IT IS THEREFORE ORDERED** that the Order Setting Conditions of Release (Doc. 72) is **AMENDED** as follows: Ms. Anderson is prohibited from traveling outside of Baxter County, except to travel to Boone County to meet with her attorney or to Washington County to meet with her Probation officer, unless she has been given prior approval by her Probation officer.

All other bond conditions previously imposed remain in full force and effect.

**IT IS SO ORDERED** on this 27th day of September, 2024.

/s/Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE